IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | MDL 875 |
| LIABILITY LITIGATION (NO. VI) | : | |
| | | |
| This decision relates to: | | |
| MICHAEL MCCURDY | : | EDPA CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN CRANE-HOUDAILLE, et al. | : | NO. 08-76815 |

**O R D E R**

AND NOW, this 4th day of November, 2010, upon consideration of Plaintiff's Motion for Temporary Relief from Stay for Limited Purpose of Continuing Discovery (Doc. 204), the response thereto, and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion is DENIED.

BY THE COURT:

/S/ELIZABETH T. HEY

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE