IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS : MDL 875
LIABILITY LITIGATION (NO. VI) :

This action relates to:

MICHAEL J. MCCURDY and : E.D.PA NO.
ANNA MCCURDY :
v. :
:
JOHN CRANE - HOUDALLE, INC. : NO. 08-76815

**FILED** SEP -5 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 4th day of September, 2012, upon consideration of Burnham LLC's Motion to Exclude the Testimony of Larre Jones (Doc. 308), ~~the response thereto (Doc. 333)~~, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED.[1]

2. Burnham LLC's Motion to Exclude the Testimony of Larre Jones is GRANTED IN PART and DENIED IN PART. To the extent Plaintiffs offer Mr. Jones to present fact-based testimony regarding boiler installation, the mechanics, verbiage, or parts of a boiler, the Motion is DENIED. To the extent Plaintiffs offer Mr. Jones to testify concerning asbestos components, release or exposure, the Motion is GRANTED.

BY THE COURT:

_/s/ Eduardo Robreno_
EDUARDO ROBRENO, J.

---

[1] No objections have been filed.